UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUTH-ANN MITCHELL,<br>　　　　Plaintiff, | : Civil Action No. _____<br>:<br>: |
| v. | :<br>: |
| GREENWICH HOSPITAL,<br>　　　　Defendant. | :<br>: October 3, 2017<br>: |

## NOTICE OF REMOVAL

TO:  THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant, Greenwich Hospital ("Defendant"), specially appearing through counsel and without waiving any defenses herein, hereby notices the removal of this action pursuant to 28 U.S.C. §§ 1441 and 1446, and in support thereof states:

1.　　Plaintiff, Ruth-Ann Mitchell ("Plaintiff"), commenced a proceeding in the Superior Court of the State of Connecticut, Judicial District of Fairfield ("the State Court"), entitled "Ruth-Ann Mitchell v. Greenwich Hospital," by filing a Summons and Complaint with the State Court on or about October 2, 2017.  The State Court action has been denominated as Docket No. FBT-CV17-6067172-S.

2.　　Plaintiff's Complaint contains three purported (and not specifically designated as separate) causes of action against Defendant: (1) discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 29 U.S.C. §§ 2000e ("Title VII") and comparable state law, Conn. Gen. Stat. § 46a – 60(a)(1), and (a)(4); (2) common law negligent misrepresentation; and (3) an unknown common law claim for "reasonable reliance."  Pursuant

to 28 U.S.C. § 1446(a), copies of all "process, pleadings, and order" received by Defendant are attached hereto as Exhibit A.

3. This Court has original jurisdiction of Count One of the Complaint, seeking relief under Title VII, pursuant to 28 U.S.C. § 1331: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

4. While Defendant reserves all defenses as to any and all of the common law claims, this Court initially has supplemental jurisdiction over these counts pursuant to 28 U.S.C. § 1367, which provides: ". . . in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." Courts Two and Three arise from the same events underlying Count One. Indeed, Count One has been specifically incorporated and re-alleged as factual predicates for Counts Two and Three.

5. Removal to this District is proper because Plaintiff's action is pending in this District. 28 U.S.C. § 1441(a).

6. Accordingly, removal of the State Court action to this District is appropriate pursuant to 28 U.S.C. § 1441.

7. Pursuant to 28 U.S.C. § 1446(b)(1), this notice of removal is timely filed within thirty days after receipt by Defendant, through service or otherwise, of the Complaint, setting forth Plaintiff's federal cause of action under Title VII.

8. Pursuant to 28 U.S.C. § 1446(d), Defendant is, this day, filing a copy of this Notice of Removal with the Superior Court of the State of Connecticut, Judicial District of Fairfield, and serving notice on Plaintiff's counsel via email and first-class mail.

WHEREFORE, Defendant respectfully requests that this action be removed to the United States District Court for the District of Connecticut, and that there be no further proceedings in the State Court unless and until the case is remanded.

          DEFENDANT,
          GREENWICH HOSPITAL

By: /s/ Mary A. Gambardella
    Mary A. Gambardella (ct05386)
    mgambardella@wiggin.com
    Christine S. Wachter (ct29164)
    cwachter@wiggin.com
    WIGGIN AND DANA LLP
    281 Tresser Blvd., 7th Floor
    Stamford, Connecticut 06901
    P: (203) 363-7600
    F: (203) 363-7676

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served via email and first-class mail, postage prepaid, on October 3, 2017, to the following counsel of record:

> Thomas J. Weihing, Esq.
> Daly, Weihing & Bochanis
> 1776 North Avenue
> Bridgeport, CT  06604
> *Attorneys for Plaintiff*

> /s/ Mary A. Gambardella
> Mary A. Gambardella

24208\367\3756878.v1