# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

[ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
[X] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
[ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 1061 Main Street, Bridgeport, CT 06604 | ( 203 ) 579-6527 | October 10, 2017 |

| [X] Judicial District  [ ] Housing Session | [ ] G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Bridgeport | Case type code (See list on page 2) Major: M   Minor: 90 |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Daly, Weihing & Bochanis, 1776 North Avenue, Bridgeport, CT 06604 | 101227 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 203 ) 333-8500 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   [ ] Yes  [X] No

Email address for delivery of papers under Section 10-13 (if agreed to)

Number of Plaintiffs: 1    Number of Defendants: 1    [ ] Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Ruth-Ann Mitchell  Address: 371 Remington Street, Bridgeport, CT 06610 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Greenwich Hospital  Address: 5 Perryridge Road, Greenwich, CT 06830 | D-01 |
| ~~Additional Defendant~~ | Name: Agent for Service: Corporation Service Company  Address: 50 Weston Street, Hartford, CT 06120 | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | [X] Commissioner of the Superior Court  [ ] Assistant Clerk | Name of Person Signing at Left  Thomas J. Weihing | Date signed  09/05/2017 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
ATTEST A TRUE COPY
BRIAN FRANCIS ZITO
CONNECTICUT STATE MARSHAL
CONSTABLE/INDIFFERENT PERSON

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Summary Process actions
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30. |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

| | | |
|---|---|---|
| RETURN DATE: OCTOBER 10, 2017 | : | SUPERIOR COURT |
| RUTH-ANN MITCHELL | : | J.D. OF FAIRFIELD |
| VS. | : | AT BRIDGEPORT |
| GREENWICH HOSPITAL | : | SEPTEMBER 5, 2017 |

## COMPLAINT

### FIRST COUNT

1) The Plaintiff, Ruth-Ann Mitchell, is African/American, black.

2) The Plaintiff, Ruth-Ann Mitchell, is Jamaican.

3) The Defendant, Greenwich Hospital, is a corporation that does business in the State of Connecticut with a place of business located at 5 Perryridge Road, Greenwich, Connecticut and employs 25 or more employees.

4) On or about January 20, 2015, the Plaintiff, Ruth-Ann Mitchell, began working for the Defendant, Greenwich Hospital as an Intern at the above described location.

5) On or about May 18, 2015, the Plaintiff, Ruth-Ann Mitchell, was hired by the Defendant, Greenwich Hospital, as a Medical Technologist.

6) During her employment with the Defendant, one of the Plaintiff's Caucasian male colleagues, Thomas Carroll, was receiving one on one attention and training while the Plaintiff, Ruth-Ann Mitchell, was receiving little to no training or feedback for her work.

7) On about October 4, 2015, the Plaintiff, Ruth-Ann Mitchell was transferred to the evening shift and was provided with minimal training by the Defendant, Greenwich

1

Hospital, to learn the new processes and procedures required for this shift. The Plaintiff was then held accountable for the lack of training.

8) During her employment with the Defendant, Greenwich Hospital, the Plaintiff, Ruth-Ann Mitchell, was subjected to discriminatory comments and remarks regarding her physical appearance as an African-American woman, including, but not limited to, being referred to by her Department Manager, Wendy Calzone, as "colored" and by other co-workers as "rough" and/or "ghetto."

9) During her employment with the Defendant, Greenwich Hospital, the Plaintiff, Ruth-Ann Mitchell, was often provided with incorrect procedures and/or her work was tampered with, altered and/or changed by others intentionally.

10) On or about October 25, 2015, the Plaintiff, Ruth-Ann Mitchell, met with Kathy Mitas, the Program Director for the Defendant, to discuss the discriminatory treatment that she had received.

11) Prior to November 17, 2015, the date of her six (6) month review, the Plaintiff never received any indication, either verbally or in writing, that her work was lacking in any manner.

12) On or about November 17, 2015, the Plaintiff, Ruth-Ann Mitchell, was discharged from employment after filing a formal complaint with the Defendant stating that she was being discriminated against.

13) The Defendant, Greenwich Hospital treated the Plaintiff, Ruth-Ann Mitchell differently from other similarly situated employees who were Caucasian and non-African American, therefore discriminating against the Plaintiff.

14) Upon information and belief, no other employees were subjected to discrimination in this manner. The Plaintiff was treated in this manner because of her color/race and/or ancestry/alienage/national origin and said treatment had nothing to do with her work performance, ethics or capabilities.

15) The Defendant has discriminated against the Plaintiff, Ruth-Ann Mitchell in the terms and conditions of her employment by discharging the Plaintiff as a result of her race/color, national origin, ancestry, and alienage; and retaliated against Plaintiff including discharging her from employment due to her race/color, national origin, ancestry, and alienage all in violation of Connecticut General Statutes Section 46a-60(a)(1) and 46a-60(a)(4) and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e and the Civil Rights Act of 1991.

16) As a further result thereof, the Plaintiff will lose salary, benefits and other perquisites of employment and has suffered and will continue to suffer from extreme humiliation, mental anxiety and emotional distress and has been and/or will be required to assume various incidental expenses and her life's activities have been impaired.

17) The Plaintiff has sought and obtained a release of jurisdiction from the proper administrative agencies.

**SECOND COUNT**

3

1-14) Paragraphs 1 through 14 of the First Count are incorporated herein and made paragraphs 1 through 14 of this the Second Count.

15) As hereinbefore described, the Defendant, Greenwich Hospital, through its agents, servants and employees, orally represented to the Plaintiff through her period of employment from January 20, 2015 to the date of her discharge that she was satisfactorily performing her work for the Defendant. The Defendant further represented to the Plaintiff during her hiring and employment that a policy existed whereby she would not be discharged from employment without the application of a progressive disciplinary policy and without just cause. The Defendant also represented to the Plaintiff during her hiring and employment that the Defendant was going to provide the Plaintiff with proper training.

16) The Plaintiff did not seek other employment possibilities and/or opportunities, thus relying to her detriment on the hereinbefore described oral expressed and implied promises and statements, and/or representations together with the progressive disciplinary policy, and just cause basis for termination of employment, as aforesaid made by the Defendant, Greenwich Hospital., through its agents, servants and/or employees.

17) Based on the policy described above, the Defendant, Greenwich Hospital, knew or should have known, that the oral expressed and/or implied assurances statements and/or representations that the Plaintiff's work was satisfactory and that a

4

progressive disciplinary policy and just cause policy would be followed were false when they were made to the Plaintiff during the period of the Plaintiff's employment.

18) The false assurances made by the Defendant, Greenwich Hospital, were negligent misrepresentations, which caused the Plaintiff harm, thus entitling her to damages.

19) As a direct and proximate result of the conduct of the Defendant, Greenwich Hospital, and the negligent misrepresentations made by them as aforesaid, the Plaintiff has been deprived of her position and employment at the Defendant, Greenwich Hospital, she has lost and will continue to lose earnings and benefits; her earning capacity has been substantially impaired; she has lost and will continue to suffer from humiliation and severe physical and emotional injuries and distress; she has and will continue to incur litigation expenses and attorney's fees; and, the quality of her life has been substantially diminished, all to her loss and detriment.

## THIRD COUNT

1-15) Paragraphs 1-15 of the Second Count are incorporated herein and made Paragraphs 1-15 of this the Third Count.

16) In reliance on the hereinbefore described oral statements of the Defendant through its agents, servants and/or employees and the existence of a progressive disciplinary policy, and that the Plaintiff would not be discharged without just cause, the Plaintiff continued employment with the Defendant.

17) The Plaintiff's reliance was reasonable under the circumstances.

5

18) The Defendant knew or should have known that their actions were inconsistent with their statements.

19) The Plaintiff has been damaged as a direct and proximate result of her reasonable reliance upon the Defendants' statements.

20) As a direct and proximate result of the conduct of the Defendants as aforesaid, the Plaintiff has lost and will continue to lose earnings and benefits, her earning capacity has been substantially impaired, she has lost and will continue to suffer from humiliation and severe physical and emotional injuries and distress, she has and will continue to incur litigation expenses and attorney's fees and the quality of her life has been substantially diminished, all to her loss and detriment.

**WHEREFORE THE PLAINTIFF CLAIMS:**

1) Monetary damages

2) Attorney's fees as to the first count

3) Such other and further relief as in law and equity may pertain.

THE PLAINTIFF

BY _____
THOMAS J. WEIHING
DALY, WEIHING & BOCHANIS
1776 North Avenue
Bridgeport, CT 06604
(203) 333-8500
Juris No. 101227

ATTEST: A TRUE COPY

_____
BRYAN FRANCIS ZITO
CONNECTICUT STATE MARSHAL
CONSTABLE-INDIFFERENT PERSON

7

| | | |
|---|---|---|
| RETURN DATE: OCTOBER 10, 2017 | : | SUPERIOR COURT |
| RUTH-ANN MITCHELL | : | J.D. OF FAIRFIELD |
| VS. | : | AT BRIDGEPORT |
| GREENWICH HOSPITAL | : | SEPTEMBER 5, 2017 |

## STATEMENT RE: AMOUNT IN DEMAND

The amount of legal interest or property in demand is not less than FIFTEEN THOUSAND ($15,000.00) DOLLARS, exclusive of interest and costs.

THE PLAINTIFF

BY _____
THOMAS J. WEIHING
DALY, WEIHING & BOCHANIS
1776 North Avenue
Bridgeport, CT 06604
(203) 333-8500
Juris No. 101227

ATTEST: A TRUE COPY
_____
BRIAN FRANCIS ZITO
CONNECTICUT STATE MARSHAL
CONSTABLE/INDIFFERENT PERSON

8

OFFICER'S RETURN TO COURT

STATE OF CONNECTICUT:
                        : ss., Wethersfield                  SEPTEMBER 7, 2017
COUNTY OF HARTFORD :

THEN AND BY VIRTUE HEREOF, AND BY DIRECTION OF THE PLAINTIFF'S ATTORNEY, ON SEPTEMBER 7, 2017 I MADE DUE AND LEGAL SERVICE UPON THE WITHIN NAMED DEFENDANT, **GREENWICH HOSPITAL**, BY LEAVING A VERIFIED TRUE AND ATTESTED COPY OF THE WITHIN ORIGINAL WRIT SUMMONS AND COMPLAINT AND STATEMENT RE: AMOUNT IN DEMAND, WITH PRISCILLA RUA, MANAGER AT CORPORATION SERVICE COMPANY, 50 WESTON STREET, HARTFORD, CT, AGENT FOR SERVICE FOR THE WITHIN NAMED DEFENDANT, **GREENWICH HOSPITAL.**

THE WITHIN IS THE ORIGINAL WRIT SUMMONS AND COMPLAINT AND STATEMENT RE: AMOUNT IN DEMAND, WITH MY DOINGS HEREON ENDORSED.

ATTEST:

_____
BRIAN F. ZITO
STATE MARSHAL


FEES:

| | |
|---|---|
| SERVICE | $40.00 |
| ENDS. | 1.60 |
| PAGE REVIEW | 10.00 |
| TRAVEL | 12.40 |
| TOTAL | $64.00 |


Re: <u>Ruth-Ann Mitchell v. Greenwich Hospital</u>
    Return Date: October 10, 2017